**DISMISS; and Opinion Filed June 21, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00678-CR

### DONALD CLARK CUNNINGHAM, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-00216-R

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

On February 23, 2018, the trial court granted the State's motion to adjudicate guilt and found Donald Clark Cunningham guilty of aggravated assault causing serious bodily, assessing a twenty-year sentence. That same day, appellant entered an open plea of guilty to aggravated sexual assault of a child younger than six years of age. The trial court found appellant guilty and assessed punishment at confinement for life. Appellant filed a timely notice of appeal in the aggravated sexual assault case, but did not file a notice of appeal in the aggravated assault case until June 7, 2018. For the reasons that follow, we dismiss this appeal.

To challenge his conviction for aggravated assault, appellant had to file his notice of appeal with the trial court clerk within thirty days of the date sentence was imposed, that is, by March 25, 2018. *See* TEX. R. APP. P. 26.2(a)(1). Appellant's notice of appeal was filed June 7, 2018, one

hundred four days after the trial court's judgment, leaving us without jurisdiction over the appeal.

*See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss this appeal for want of jurisdiction.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

180678F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DONALD CLARK CUNNINGHAM,
Appellant

No. 05-18-00678-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-00216-R.
Opinion delivered by Justice Schenck,
Justices Lang-Miers and Evans
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of
jurisdiction.

Judgment entered this 21st day of June, 2018.